UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TUG CONSTRUCTION LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>HARLEY MARINE FINANCING LLC,<br><br>                Defendant. | CASE NO. 2:19-cv-00632-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT REPORT DEADLINE** |

This matter came before the Court upon the Parties' Stipulated Motion to Extend Expert Report Deadline. Dkt. 21. Having considered that stipulation, it is hereby **ORDERED** that the deadline for Plaintiff to file its Expert Report shall be extended to **September 11, 2019** and the Deadline for Defendant to file its Expert Report shall be extended to **October 16, 2019**.

DATED this 30th day of August, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND EXPERT REPORT DEADLINE -
1