UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TUG CONSTRUCTION LLC,<br><br>       Plaintiff,<br><br> v.<br><br>HARLEY MARINE FINANCING LLC,<br><br>       Defendant. | CASE NO. 2:19-cv-00632-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES RE: DKT. 19** |

Defendant's motion for judgment on the pleadings is current noted for September 13, 2019. Dkt. 19. The parties have stipulated to an extension of Plaintiff's deadline to respond to the motion. Dkt. 25. Good cause for the extension having been shown, it is **ORDERED**:

1)   The stipulated motion (Dkt. 25) is **GRANTED**;

2)   The Clerk shall **re-note** Defendant's motion for judgment on the pleadings (Dkt. 19) for **September 20, 2019**. Plaintiff's response is due on **September 10, 2019**; Defendant's reply is due on **September 17, 2019**.

DATED this 9th day of September, 2019.

                 _/s/ BAT_
                 BRIAN A. TSUCHIDA
                 Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND DEADLINES RE: DKT. 19 - 1